UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CV-21150-RNS

RHONDA COOPER,

    Plaintiff,

v.

BURGER KING CORPORATION,

    Defendant.

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR EXTENSION OF TIME**

THIS CAUSE having come before the Court on the Parties' Joint Motion for Extension of Time (the "Motion"), and the Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED for good cause shown. Burger King's deadline to move to dismiss or otherwise respond to the Complaint is stayed. The Parties will propose a schedule for the filing of a consolidated complaint and a briefing schedule for Burger King's anticipated motion to dismiss within fourteen days.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of May, 2022.

                                                                                          _____

                                                                                         Honorable Robert N. Scola, Jr.
                                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record